1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                   SOUTHERN DIVISION
11 | UNITED STATES OF AMERICA,            ) Case No. SA CR 12-00243-DOC
12 |         Plaintiff,                   )
                                          ) ORDER OF DETENTION AFTER
13 |                                      ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18
           v.                             ) U.S.C. . § 3143(a)]
14 |                                      )
15 | SERGIO CASTANEDA-ELIZALDE,           )
                                          )
16 |         Defendant.                   )
                                          )
17

18        The defendant having been arrested in this District pursuant to a warrant issued by
19 the United States District Court for the Central District of California for alleged violations
20 of the terms and conditions of his supervised release; and
21        The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23        The Court finds that:
24     A. ( X ) The defendant has not met his burden of establishing by clear and convincing
25        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This
26        finding is based on:
27        Lack of bail resources; ties to Mexico; admission of recent drug use while on
28        supervised release; substance abuse history.

1      and

2   B. ( X ) The defendant has not met his burden of establishing by clear and convincing
3      evidence that he is not likely to pose a danger to the safety of any other person or the
4      community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
5      Defendant's criminal history; substance abuse history; instant conduct indicates a
6      lack of amenability to supervision.

7      IT THEREFORE IS ORDERED that the defendant be detained pending further
8   revocation proceedings.

10  Dated: __5/27/2014__

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge